■ MARIA CANE, as Executrix of JOSEPH C. CANE, Deceased, Respondent, v NEIL R. FARMELO et al., Appellants, et al., Defendant. (Appeal No. 2.)—Order unanimously affirmed without costs. Same memorandum as in *Cane v Farmelo* ([appeal No. 1] 151 AD2d 1023). (Appeal from order of Supreme Court, Erie County, Rath, J.—renewal.) Present—Dillon, P. J., Callahan, Doerr, Boomer and Lawton, JJ.